ChaHee Lee Olson, SBN: 200493
Patrick D. Martinez, SBN: 337569
NAGASHIMA LEE, P.C.
21250 Hawthorne Blvd. Suite 500
Torrance, CA 90503
Phone: 310-697-2334
Fax: 213-474-3105
Email: chahee@nagashimalee.com
Email: patrick@nagashimalee.com
Attorneys for Plaintiff ADAN ORDONEZ

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN ORDONEZ, an individual, <br><br> Plaintiff, <br><br> v. <br><br> RED HILL LAVA PRODUCTS, INC., an Illinois corporation; BNSF RAILWAY COMPANY, a Delaware corporation; and BTU BLOCK AND CONCRETE, INC., a New Mexico corporation, <br><br> Defendants. | Case No.: 2:22-cv-03072 SSS (MARx) <br><br> **JOINT RULE 26(f) REPORT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f) AND LOCAL RULE 26** <br><br> **Scheduling Conference Date: December 9, 2022** <br><br> [*Hon. Sunshine S. Sykes; Magistrate Judge: Hon. Margo A. Rocconi*] |

The parties to the above-entitled action jointly submit this JOINT RULE 26(f) REPORT of initial disclosures in accordance with Fed. R. Civ. P. 26 ("Rule 26").

26857763.1:10652-0150

1   **a**. **Joint Statement of the Case**: This is a personal injury action brought by a long-haul truck driver Plaintiff against several Defendants for damages he sustained as a result of a truck and train collision (the "Accident") that occurred at a railroad crossing in New Mexico ("Subject Crossing"), located on property ("Subject Property") owned/operated by Defendants BTU Block ("BTU Block") and Red Hill Lava Products, Inc. ("Red Hill Lava"). The train that collided into Plaintiff's trailer was owned and operated by Defendant BNSF Railway Company ("BNSF Railway"). Plaintiff alleges he sustained injuries as a result of the Accident.

In his First Amended Complaint, Plaintiff has alleged three causes of action for (1) General Negligence; (2) Premises Liability; and (3) Negligence Per Se against all named Defendants.

**b. Subject Matter Jurisdiction**: This Court has federal diversity subject matter jurisdiction over Plaintiff's causes of action pursuant to 28 USC § 1332 because the citizenship of Plaintiff is diverse from that of the Defendants as Plaintiff is a citizen of California while Defendant Red Hill Lava is a citizen of Illinois, Defendant BNSF Railway is a citizen of Delaware, and Defendant BTU Block is a citizen of New Mexico, and the matter in controversy exceeds the threshold sum of $75,000, exclusive of interest and costs.

**c. Legal Issues:** There is no unusual substantive, procedural, or evidentiary issue to raise at this time. Defendant BTU Block contends that other defendants owe BTU Block defense and indemnity. Defendant Red Lava filed a Cross-Claim for equitable indemnity causes of action against BTU Block and BNSF.

**d. Parties and Evidence:**

**List of Parties**

Plaintiff Adan E. Ordonez

Defendant Red Hill Lava

Defendant BNSF Railway

26857763.1:10652-0150

| | |
|---|---|
| 1 | Defendant BTU Block |
| 2 | Defendant BTU Block reserves the right to name additional parties. |
| 3 | **List of Percipient Witnesses** |
| 4 | Police Officer (Chris Schear) |
| 5 | Ambulance/Paramedics (name/s unknown) |
| 6 | Fire Department Personnel (name/s unknown) |
| 7 | Anthony Saenz (witness named in police report) |
| 8 | Kenneth Adams (witness named in police report) |
| 9 | James Thompson (witness named in police report) |
| 10 | Donna Oguin (witness named in police report) |
| 11 | Alice Adams (witness named in police report) |
| 12 | Buddy Sonchar (BTU Block) |
| 13 | Mark Carroll (Red Hill) |
| 14 | Colby Bjustrom (Red Hill) |
| 15 | Conner Bjustrom (Red Hill) |
| 16 | Ron Bjustrom (Red Hill) |
| 17 | James Garner (BNSF) |
| 18 | Christo Barnhoorn) (BNSF) |
| 19 | Plaintiff's treating doctors (names unknown) |
| 20 | **List of Documents** |
| 21 | Crash Report (6 pages) |
| 22 | Bill of Lading |
| 23 | Videos and photos received from the Union County Sheriff's Office |
| 24 | Plaintiff's Medical Records |
| 25 | Plaintiff's Medical Billing Records |
| 26 | Plaintiff's Earnings Records |
| 27 | Plaintiff's Truck Inspection and Maintenance Records |
| 28 | 26857763.1:10652-0150 |

1. Photos and Videos of Subject Crossing/Property taken by Plaintiff
2. Lease Documents Pertaining to the Subject Property
3. All Communications between All Parties
4. All Documents Produced During Discovery.
5. **Evidence**
6. Defendant BNSF Railway's inspection report and photographs from physical inspection performed on Plaintiff's tractor cab on November 3, 2020.
7. Lease Documents Pertaining to the Subject Property
8. All Communications between All Parties.
9. All Documents Produced During Discovery.

    **e. Damages**: Plaintiff seeks economic and non-economic damages he incurred as a result of the above-described incident. Defendants dispute liability and damages. The range of Plaintiff's alleged damages is presently between <u>$4,800,000 to $5,000,000</u>, as shown below.

    With respect to the computation of economic damages, Plaintiff claims he has incurred over $104,000.00 in medical and related expenses and is currently scheduled to undergo neck and back surgeries, which are anticipated to cost approximately $320,450.00. As for his earnings, Plaintiff claims he has lost approximately $100,000.00 in lost earnings to date. Based on Plaintiff's alleged past income levels which purportedly averaged over $300,000.00 per year, Plaintiff claims he is now looking to incur approximately $1,300,000.00 or more in future lost earnings. Accordingly, at this time, Plaintiff's claims for economic damages alone are anticipated to be over $1,800,000.00.

    As for non-economic damages, Plaintiff claims he has suffered and continues to suffer significant, unresolved pain. At this time, Plaintiff's claims his non-economic damages are anticipated to be over $3,000,000.00.

    **f. Insurance:** Plaintiff is informed and believes that Red Hill Lava's insurer is

Financial Pacific Insurance Company/United Fire Group (UFG Rocky Mountain Regional Office).  Plaintiff is informed and believes that BTU Block's insurer is Donegal Group Inc., Donegal Mutual Insurance Company and Mountain States Insurance Group, a member company of the Donegal Insurance Group. Plaintiff is informed and believes that BNSF Railway is self-insured.  Whether there exists any applicable insurance coverage for the incident, or whether there has been or will be a reservation of rights, are currently unknown to Plaintiff.

**g. Motions**: On October 31, 2022, Defendant BTU Block filed its Motion to Strike the prayer portions of Plaintiff's First Amended Complaint seeking punitive damages and attorneys' fees.  Plaintiff filed his Opposition to said Motion to Strike on November 10, 2022.  The hearing is scheduled for December 2, 2022.

**h. Dispositive Motions:** Plaintiff does not anticipate any dispositive motions. Defendants anticipate potentially filing Motions for Summary Judgement/ Motion for Summary Adjudication.

**i. Manual For Complex Litigation**: Not applicable.

**j. Status of Discovery:** Defendant BTU Block recently propounded Set One of Request for Production of Documents to Red Hill Lava on or around November 11, 2022.  No other discovery has been propounded as of this date, as the Parties were awaiting Defendant BTU Block to formally appear, which occurred on October 31, 2022, when it filed its Motion to Strike.

Plaintiff anticipates propounding written discovery requests to all Defendants shortly.  Defendant BTU Block also anticipates filing additional written discovery and requesting depositions shortly.  Defendant Red Lava will also serve written discovery on all parties in the near future and begin scheduling depositions shortly.

**k. Discovery Plan:** Plaintiff intends to propound interrogatories, requests for production and requests for admissions to all Defendants.  Plaintiff intends to depose each of the Defendant's persons most knowledgeable regarding the operation and

maintenance of the Subject Crossing. Plaintiff also intends to depose the BNSF train conductor and percipient witnesses identified in the police report. Defendants BTU Block and Red Lava anticipate noticing fact depositions, including but not limited to witnesses, plaintiff's treating providers in the next 60 days and anticipates timely noticing expert depositions.

    **l. Fact Discovery Cut-off:** June 2023

    **m. Expert Discovery:** July 2023

    **n. Settlement Conference** / **Alternative Dispute Resolution ("ADR"):** In or around April 2022, shortly before filing the instant lawsuit, Plaintiff submitted a detailed settlement demand letter to all Defendants and their known representatives, attaching all relevant evidence, however, no offers were provided by any of them. Plaintiff's ADR preference is Court Mediation Panel; Defendants BTU Block and Red Lava are generally amenable to participation in mediation/ ADR.

    **o. Trial Estimate**: Plaintiff estimates approximately 4-7 days. Defendant BTU Block estimates 12-15 days. Red Lava estimates a 5-7 day jury trial.

    **p. Trial Counsel**:

ChaHee Lee Olson and Patrick D. Martinez for Plaintiff Adan E. Ordonez.

Darren Epps, Esq. for Defendant Red Hill Lava.

David Burnett, Esq. for Defendant BNSF Railway

Catherine Deter, Esq. and Frank Chatzipantsios, Esq, for Defendant BTU Block

    **q. Independent Expert or Master:** Not applicable.

    **r. Schedule Worksheet**: See below:

# DISTRICT JUDGE SUNSHINE S. SYKES
## SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report. The parties must make every effort to agree on dates or the Court will set them.

| Case No. 2:22-cv-03072-JLS-MAR | Case Name: Ordonez v. Red Hill Lava Products, Inc. et al. | | |
|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** |
| Check one: ☒ Jury Trial  or  ☐ Bench Trial [Monday at 9:00 a.m. within 12-15 months of Scheduling Conference based on complexity] Plaintiff's Estimated Duration: 4 - 7 Days ; Defendant BTU Block's Estimated Duration: 12-15 days; Red Lava estimates 5-7 day trial | | February 12, 2024 | February 12, 2024 |
| Final Pretrial Conference ("FPTC") [L.R. 16] [Friday at 1:00 p.m. at least 17 days before trial] | | January 26, 2024 | January 26, 2024 |
| **Event[1]** Note: All deadlines shall be on Fridays. Hearings shall be on Fridays at 2:00 p.m. | **Time Computation[2]** | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** |
| Last Date to Hear Motion to Amend Pleadings or Add Parties | 6 weeks after Scheduling Conference | January 20, 2023 | January 20, 2023 |
| Fact Discovery Cut-Off (no later than deadline for filing dispositive motions) | 27 weeks before FPTC | July 21, 2023 | July 21, 2023 |
| Expert Disclosure (Initial) | 26 weeks before FPTC | July 28, 2023 | July 28, 2023 |
| Expert Disclosure (Rebuttal) | 24 weeks before FPTC | August 11, 2023 | August 11, 2023 |
| Expert Discovery Cut-Off | 22 weeks before FPTC | August 25,2023 | August 25,2023 |
| Last Date to Hear Motions<br>• Rule 56 Motion due at least 49 days before hearing; Rule 56 Opposition due at least 35 days before hearing; Rule 56 Reply due at least 28 days before hearing<br>• Deadlines for all other motions are pursuant to L.R. 6-1, 7-9, 7-10. | 11 weeks before FPTC | November 10, 2023 | November 10, 2023 |
| Deadline to Complete Settlement Conference [L.R. 16-15] Select one:  ☐ 1. Magistrate Judge (with Court approval) ☐ 2. Court Mediation Panel ☐ 3. Private Mediation | 8 weeks before FPTC | December 1, 2023 | December 1, 2023 |
| Deadline to File Motions in Limine | 6 weeks before FPTC | December 15, 2023 | December 15, 2023 |
| Deadline for Oppositions to Motions in Limine | 4 weeks before FPTC | December 29, 2023 | December 29, 2023 |
| Trial Filings (first round)<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | 4 weeks before FPTC | December 29, 2023 | December 29, 2023 |

| Trial Filings (second round)<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 2 weeks before FPTC | January 12, 2024 | January 12, 2024 |
|---|---|---|---|
| Hearing on Motions in Limine | 2 weeks before FPTC | January 12, 2024 | January 12, 2024 |

<sup>1</sup> The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order.

<sup>2</sup> The numbers below represent the Court's recommended timeline. The parties may propose alternate dates based on the needs of each individual case. Class action, patent, and ERISA cases may need to vary from the above.

Dated: November 16, 2022          **NAGASHIMA LEE, P.C.**

By: */s/ ChaHee L. Olson*
CHAHEE LEE OLSON
PATRICK D. MARTINEZ
Attorneys for Plaintiff
ADAN ORDONEZ

Dated: 11/22/22

By: _____
Darren Epps
Attorney for Defendant/Cross-Claimant,
RED HILL LAVA PRODUCTS, INC.

Dated:

By: _____

Dated:

By: _____

26857763.1:10652-0150

| Trial Filings (second round)<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 2 weeks before FPTC | January 12, 2024 | January 12, 2024 |
|---|---|---|---|
| Hearing on Motions in Limine | 2 weeks before FPTC | January 12, 2024 | January 12, 2024 |

<sup>1</sup> The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order.

<sup>2</sup> The numbers below represent the Court's recommended timeline. The parties may propose alternate dates based on the needs of each individual case. Class action, patent, and ERISA cases may need to vary from the above.

Dated: November 16, 2022          **NAGASHIMA LEE, P.C.**

By:  /s/ ChaHee L. Olson
     CHAHEE LEE OLSON
     PATRICK D. MARTINEZ
     Attorneys for Plaintiff
     ADAN ORDONEZ

Dated:

                                  WOOD, SMITH, HENNING & BERMAN LLP

By:  _____
     Catherine L. Deter
     Attorneys for Defendant, BTU BLOCK
     AND CONCRETE, INC.

Dated:

By:  _____

Dated:

By:  _____

26857763.1:10652-0150